# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147941(40)

MICHAEL CHARLES WARD,
      Plaintiff-Appellant,

v

                                      SC: 147941
                                      COA: 310968

CARSON CITY CORRECTIONAL FACILITY
WARDEN, PAROLE BOARD, and                     Macomb CC: 2011-003446-AH
DEPARTMENT OF CORRECTIONS,
      Defendants-Appellees.
_____/

      On order of the Court, the motion for reconsideration of this Court's January 31, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014 _____

d0721


                            Clerk